IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CREDICO, | : | Civil No. 3:18-cv-465 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN, FCI-ALLENWOOD MEDIUM, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this _____ day of February, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2. Petitioner's motions (Docs. 16, 29) to stay are **DENIED**.

3. Petitioner's second motion (Doc. 22) to supplement is **DENIED** without prejudice.

4. The remaining pending motions (Docs. 12, 25, 28) are **DISMISSED** as moot.

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge