IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CREDICO, | : | Civil No. 3:18-cv-465 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN, FCI-ALLENWOOD MEDIUM, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 31st day of May, 2019, upon consideration of Petitioner's motion (Doc. 35) for reconsideration, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 35) for reconsideration is **DENIED**.

Robert D. Mariani
United States District Judge